**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  03-cv-01860-ABJ-CBS

JAMES NZOKAH,

       Plaintiff,

v.

COMCAST CABLE HOLDINGS, LLC a/k/a COMCAST CORP., (FORMERLY AT&T
BROADBAND, LLC),

       Defendant.

**ORDER DENYING MOTIONS AS MOOT AND CLOSING CASE**

On September 9, 2004, this Court entered an Order of Dismissal with

Prejudice, pursuant to the parties Stipulation for Dismissal with Prejudice.

Accordingly, the Court finds that any motions reflected on the docket as

undecided motions shall be denied as moot and the case closed.  It is therefore

**ORDERED** that all pending motions on the docket shall be, and are,

**DENIED AS MOOT.**

Dated this 9th day of February 2006.


                    __s/ Alan B. Johnson_____
                    UNITED STATES DISTRICT JUDGE
                    SITTING BY DESIGNATION